In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00493-CV


____________________



MICHAEL HOSEA, Appellant



V.



JOHN P. BOLTON and BRENDA G. WILLIAMS, Appellees






On Appeal from the 411th District Court


Polk County, Texas


Trial Cause No. CIV24942






MEMORANDUM OPINION


 On November 5, 2009, the Court notified the parties that our jurisdiction was not
apparent from the notice of appeal, and warned the parties that the appeal would be dismissed
unless our jurisdiction was established. No response has been filed.

 The notice of appeal recites that the order signed in this case is not appealable absent
agreement of the parties and a written order permitting an interlocutory appeal. See Tex.
Civ. Prac. & Rem. Code Ann. § 51.014(d) (Vernon 2008). The trial court denied the
appellant's request for an order permitting an interlocutory appeal. No final judgment has
issued. Subject to certain statutory exceptions not applicable in this case, only final
judgments are appealable. Id. § 51.012. Accordingly, we hold the jurisdiction over this case
is still vested in the trial court. The appeal is dismissed for want of jurisdiction. 

 APPEAL DISMISSED.


 __________________________________

 CHARLES KREGER

 Justice


 

Opinion Delivered January 21, 2010


Before McKeithen, C.J., Kreger and Horton, JJ.